IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| OPEN TEXT S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:13-CV-00320-AWA-LRL |
| ) | |
| ALFRESCO SOFTWARE LTD; ALFRESCO ) | JURY TRIAL DEMANDED |
| SOFTWARE, INC.; and CARAHSOFT ) | |
| TECHNOLOGY CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AND SECOND CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and § 101 of the Patent Act, Defendants Alfresco Software Ltd., Alfresco Software, Inc., and Carahsoft Technology Corporation (collectively, "Defendants") respectfully move the Court to dismiss Plaintiff's first and second causes of action for failure to state a claim. The grounds and reasons for granting this relief are stated with particularity in the accompanying memorandum of law and supporting exhibits.

A Proposed Order granting the requested relief is attached hereto as **Exhibit A** for the Court's convenience.

1

Dated:  August 1, 2013 				Respectfully submitted,


   /s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  757-624-3239
Facsimile:  757-624-3169
senoona@kaufcan.com

William H. Boice, Esq. *(pro hac vice)*
Audra A. Dial *(pro hac vice)*
Michael J. Turton *(pro hac vice)*
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800, 1100 Peachtree Street NE
Atlanta, GA   30309
Telephone:  404-815-6464
Facsimile:  404-541-3134
bboice@kilpatricktownsend.com
adial@kilpatricktownsend.com
mturton@kilpatricktownsend.com

Steven Gardner *(pro hac vice* to be filed)
KILPATRICK TOWNSEND & STOCKTON LLP
1001 W. Fourth Street
Winston-Salem, NC 27101
Telephone:  336-607-7300
Facsimile:   336-607-7500
sgardner@kilpatricktownsend.com

*Counsel for Defendants Alfresco Software Ltd., Alfresco Software, Inc. and Carahsoft Technology Corporation*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 1, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

  Gregory N. Stillman
  Virginia State Bar No. 14308
  Brent L. Van Norman
  Virginia State Bar No. 45956
  HUNTON & WILLIAMS LLP
  500 East Main Street, Suite 1000
  Norfolk, VA  23510
  Telephone:  (757) 640-5300
  Facsimile:  (757) 65-7720
  gstillman@hunton.com
  bvannorman@hunton.com

  Brian J. Eutermoser (*pro hac vice*)
  Britton F. Davis (*pro hac vice*)
  Peter J. Sauer (*pro hac vice*)
  Sara J. Radke (*pro hac vice*)
  Sarah J. Guske (*pro hac vice*)
  Wayne O. Stacy (*pro hac vice*)
  COOLEY LLP
  380 Interlocken Crescent, Suite 900
  Broomfield, CO  80021
  Telephone:  720-566-4000
  Facsimile:  720-566-4099
  beutermoser@cooley.com
  bdavis@cooley.com
  psauer@cooley.com
  sradke@cooley.com
  sguske@cooley.com
  wstacy@cooley.com

  Christopher C. Campbell
  COOLEY LLP
  11951 Freedom Drive
  Reston, VA  20190
  Telephone:  703-456-8000
  Facsimile:  703-456-8100
  ccampbell@cooley.com

Thomas J. Friel, Jr. (*pro hac vice*)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA  94111
Telephone:  415-693-2000
Facsimile:  415-693-2222
tfriel@cooley.com

*Counsel for Plaintiff Open Text, S.A.*

          /s/ *Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  757-624-3239
Facsimile:  757-624-3169
senoona@kaufcan.com