Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

OPEN TEXT S.A. )
                                  )    Case No: __CV13-4843 CW__
              Plaintiff(s), )
                                    )   **APPLICATION FOR**
    v.                              )   **ADMISSION OF ATTORNEY**
                                      )   **PRO HAC VICE**
ALFRESCO SOFTWARE LTD., et al. )
                                      )   (CIVIL LOCAL RULE 11-3)
                Defendant(s). )

I, __Michael J. Turton__, an active member in good standing of the bar of __Georgia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Defendants__ in the above-entitled action. My local co-counsel in this case is __A. James Isbester__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kilpatrick Townsend & Stockton, LLP<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309 | Kilpatrick Townsend & Stockton, LLP<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(404) 815-6500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 576-0200 |
| MY EMAIL ADDRESS OF RECORD:<br>mturton@kilpatricktownsend.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jisbester@kilpatricktownsend.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __720269__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   11/01/13                            __Michael J. Turton__
                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Michael J. Turton__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/5/2013

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                      *October 2012*

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Michael John Turton
**Kilpatrick Townsend & Stockton LLP**
1100 Peachtree St., N.E., Suite 2800
Atlanta, GA  30309-4530

| | |
|---|---|
| **CURRENT STATUS:** | **Active Member-Good Standing** |
| **DATE OF ADMISSION:** | 11/19/1999 |
| **BAR NUMBER:** | 720269 |
| **TODAY'S DATE:** | 10/25/2013 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Aula Onper*

**Official Representative of the State Bar of Georgia**

---

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA OFFICE**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

**COASTAL GEORGIA OFFICE**
18 E. Bay Street
Savannah, Georgia 31401-1225
(912) 239-9910 ■ (877) 239-9910
FAX (912) 239-9970