COOLEY LLP
THOMAS J. FRIEL, JR. (SBN 80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

SARAH J. GUSKE (SBN 232467)
(sguske@cooley.com)
WAYNE O. STACY  (*pro hac vice*)
(wstacy@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:     (720) 566-4000
Facsimile:      (720) 566-4099

Attorneys for Plaintiff Open Text S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>            Plaintiff,<br><br>     v.<br><br>ALFRESCO SOFTWARE LTD.; ALFRESCO SOFTWARE, INC.; and CARAHSOFT TECHNOLOGY CORPORATION,<br><br>            Defendants. | Case No.  C 13-04843 JD<br><br>**STATEMENT OF RECENT DECISION REGARDING DEFENDANTS' MOTION TO DISMISS (DKT NO. 35)**<br><br>**DEMAND FOR JURY TRIAL** |

On August 23, 2013, a defendant in the *Ultramercial, Inc. v. Hulu, LLC*, 722 F.3d 1335 (Fed. Cir. 2013) case, sought certiorari of the Federal Circuit's decision. On June 30, 2014, the Supreme Court granted certiorari, vacated the Federal Circuit's decision in *Ultramercial* without opinion, and remanded the case to the Federal Circuit for further consideration in light of *Alice Corp. v. CLS Bank Int'l*, 573 U.S. ____ (2014). *WildTangent, Inc. v. Ultramercial, LLC, et al.*, Case No. 13-255, 573 U.S. ___ (June 30, 2014) [1], *vacating Ultramercial*, 722 F.3d 1335. The Supreme Court took no position with regard to question presented in the petition for certiorari or the merits of the Federal Circuit's decision in *Ultramercial*. *See WildTangent*, Case No. 13-255, 573 U.S. ___ (June 30, 2014) (Ex. A.).

Dated: July 7, 2014         COOLEY LLP

    *s/ Sarah J. Guske*
Thomas J. Friel, Jr. (SBN 80065)
Sarah J. Guske (SBN 232467)

Wayne O. Stacy *(pro hac vice)*
Brian J. Eutermoser *(pro hac vice)*
Britton F. Davis *(pro hac vice)*
Sara J. Bradford *(pro hac vice)*
Angela L. Campbell *(pro hac vice)*
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8032
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
wstacy@cooley.com
sguske@cooley.com
beutermoser@cooley.com
bdavis@cooley.com
sbradford@cooley.com
acampbell@cooley.com

*Attorneys for Plaintiff Open Text S.A.*

108471282 v2

---

[1] The Supreme Court's decision vacating *Ultramercial* is attached hereto as Exhibit A.