UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALFRESCO SOFTWARE LTD, et al.,<br><br>    Defendants. | Case No.  13-cv-04843-JD<br>          13-cv-04910-JD<br><br>**CONSOLIDATION ORDER** |
| OPEN TEXT S.A.,<br><br>    Plaintiff,<br><br>  v.<br><br>BOX, INC., et al.,<br><br>    Defendants. | |

Pursuant to Judge Davila's prior bench order, the Court orders the above two cases consolidated for all pretrial proceedings. The earlier-filed civil action, Case No. 13-4843, shall serve as the lead case for consolidation purposes. The later-filed civil action, Case No. 13-4910, will remain active for trial. All motions shall be filed in the lead case unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: August 1, 2014

_____
JAMES DONATO
United States District Judge