UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  8/20/14 　　　　　　　　　　　　　　　　　　　　　　　　　　Judge:  James Donato

Time:   29 Minutes

Case No.      **C-13-04843-JD**
Case Name     **Open Text S.A. v. Alfresco Software LTD et al**

Attorney(s) for Plaintiff(s):     Thomas J. Friel, Jr./Sarah JoAnn Guske
Attorney(s) for Defendant(s):  A. James Isbester/Joshua Hamilton Lee/ Michael John Turton
　　　　　　　　　　　　　　　John P. Bovich /Jonah Mitchell

Deputy Clerk:  Lisa Clark 　　　　　　　　　　　　　　　　　　Court Reporter: Lydia Zinn

### PROCEEDINGS

Motion to Dismiss - Held.

### RESULT OF HEARING

Oral argument was held, and the matter was taken under submission.