KILPATRICK TOWNSEND & STOCKTON LLP
A. JAMES ISBESTER (State Bar No. 129820)
jisbester@kilpatricktownsend.com
BYRON R. CHIN (State Bar No. 259846)
bchin@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:     415 576 0200
Facsimile:      415 576 0300

William H. Boice, Esq. *(admitted pro hac vice)*
bboice@kilpatricktownsend.com
Audra A. Dial *(admitted pro hac vice)*
adial@kilpatricktownsend.com
Michael J. Turton *(admitted pro hac vice)*
mturton@kilpatricktownsend.com
Joshua H. Lee *(admitted pro hac vice)*
jlee@kilpatricktownsend.com
Suite 2800, 1100 Peachtree Street NE
Atlanta, GA  30309
Telephone: 404-815-6500
Facsimile: 404-815-6555

Steven Gardner *(admitted pro hac vice)*
sgardner@kilpatricktownsend.com
N. Dean Powell, Jr. *(admitted pro hac vice)*
dpowell@kilpatricktownsend.com
Alton L. Absher, III *(admitted pro hac vice)*
aabsher@kilpatricktownsend.com
Jonathan E. Harris *(admitted pro hac vice)*
jeharris@kilpatricktownsend.com
Bryan S. Foster *(admitted pro hac vice)*
bfoster@kilpatricktownsend.com
1001 W. Fourth Street
Winston-Salem, NC 27101
Telephone: 336-607-7300
Facsimile:   336-607-7500

*Counsel for Defendants Alfresco Software Ltd.,
Alfresco Software, Inc. and Carahsoft Technology Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALFRESCO SOFTWARE LTD., ALFRESCO SOFTWARE, INC. AND CARAHSOFT TECHNOLOGY CORPORATION,<br><br>　　　　Defendants. | Civil Action No. 13-CV-04843 JD<br><br>**STATEMENT OF RECENT DECISION**<br><br>Hon. Judge James Donato |



STATEMENT OF RECENT DECISION
CASE NO. 13-CV-04843 JD

1     Pursuant to Local Rule 7-3(d)(2), Defendants Alfresco Software Ltd., Alfresco Software, Inc., and Carahsoft Technology Corp. (collectively "Defendants"), by counsel, provide notice of recent authority relevant to the Defendants' pending Motion to Dismiss Plaintiff's First and Second Causes of Action for Failure to State a Claim (Dkt. No. 35) ("Motion to Dismiss").

    On September 4, 2014, after briefing of the Defendants' pending Motion to Dismiss, the United States District Court for the Central District of California issued an opinion in the case of *Eclipse IP LLC v. McKinley Equipment Corporation*, No. SACV 14-742-GW(AJWx) (C.D. Cal. Sept. 4, 2014) (a copy of which is attached as **Exhibit 1**). The *Eclipse* opinion addresses 35 U.S.C. § 101—a subject addressed in connection with Defendant's Motion to Dismiss (*see* Dkt. Nos. 35, 36, 43, 57)—and grants defendant's motion to dismiss for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure, holding the asserted claims invalid under § 101.

Dated: September 10, 2014

Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON

By: */s/ Byron R. Chin*
      A. JAMES ISBESTER
      BYRON R. CHIN

*Counsel for Defendants Alfresco Software Ltd., Alfresco Software, Inc. and Carahsoft Technology Corporation*



STATEMENT OF RECENT DECISION     - 1 -
CASE NO. 13-CV-04843 JD