UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALFRESCO SOFTWARE LTD, et al.,<br><br>    Defendants. | Case No.   13-cv-04843-JD<br>                  13-cv-04910-JD<br><br>**ORDER GRANTING MOTION FOR ISSUANCE OF LETTERS ROGATORY**<br><br>Re: Dkt. No. 185, Case No. 13-cv-04910-JD |
| OPEN TEXT S.A.,<br><br>    Plaintiff,<br><br>    v.<br><br>BOX, INC., et al.,<br><br>    Defendants. | |

The Court has reviewed and revised the proposed Letters Rogatory and the addenda identifying the discovery sought. The final version with the Court's seal is attached as Exhibit 1, and the Court orders entry of the letter in the docket.

**IT IS SO ORDERED.**

Dated: September 16, 2014

_____
JAMES DONATO
United States District Judge