UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT, S.A.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALFRESCO SOFTWARE LTD, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-04843-JD<br>　　　　　13-cv-04910-JD<br><br>**ORDER RECALLING DISCOVERY** |
| OPEN TEXT, S.A.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOX, INC., et al.,<br><br>　　　　　Defendants. | |

As the parties are aware, this Court is handling discovery in these actions. This order formally confirms that the prior referral of discovery matters to Magistrate Judge Grewal has been withdrawn. The Court orders all future discovery disputes to be submitted to this Court.

**IT IS SO ORDERED.**

Dated: September 16, 2014

_____
JAMES DONATO
United States District Judge