COOLEY LLP
THOMAS J. FRIEL, JR. (SBN 80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

SARAH J. GUSKE (SBN 232467)
(sguske@cooley.com)
WAYNE O. STACY (*pro hac vice*)
(wstacy@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Plaintiff Open Text S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>ALFRESCO SOFTWARE LTD.; et al.,<br><br>    Defendants. | Case No. C 13-04843-JD<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANTS ALFRESCO SOFTWARE, LTD., ALFRESCO SOFTWARE, INC., AND CARAHSOFT TECHNOLOGY CORPORATION IN CASE NO. 13-4843-JD**<br><br>Date: November 5, 2014<br>Time: 9:30 a.m.<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 5, at 9:30 a.m., before the Honorable James Donato of the United States District Court for the Northern District of California, Plaintiff Open Text S.A. will move the Court, pursuant to Rule 41 of the Federal Rules of Civil Procedures, to dismiss the claims in Case No. 13-cv-04843-JD.

Plaintiff Open Text S.A. requests the Court dismiss all claims and defenses in Case No. 13-cv-04843-JD and additional relief, as set out more fully below and in the attached Proposed Order, as a result of settlement of the claims and defenses in Case No. 13-cv-04843-JD between Plaintiff Open Text S.A. and Defendants Alfresco Software Ltd., Alfresco Software, Inc., and Carahsoft Technology Corp.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Open Text S.A. and Defendants Alfresco Software Ltd., Alfresco Software, Inc., and Carahsoft Technology Corp. have reached a mediated settlement with regard to the claims and defenses in Case No. 13-cv-04843-JD.

Therefore, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Open Text S.A. moves to dismiss all claims against Defendants Alfresco Software Ltd. and Alfresco Software, Inc. with prejudice.

Further in Case No. 13-cv-04843-JD only, Plaintiff Open Text S.A. moves to dismiss its claims against Defendant Carahsoft Technology Corp. with prejudice. Carahsoft Technology Corporation remains a defendant in Case No. 13-cv-04910-JD, along with Box, Inc.

Each side will bear its own costs and expenses, including attorneys' fees, incurred in connection with the action.

Plaintiff Open Text S.A. also requests that Case No. 13-cv-04843-JD be closed and that the caption in the case involving remaining Defendants Box, Inc. and Carahsoft Technology Corporation revert to its originally-assigned caption:

*Open Text S.A. v. Box, Inc., et al.*, Case No. 13-cv-04910-JD.

Dated:  October 1, 2014

COOLEY LLP

*s/ Sarah J. Guske*
_____
Thomas J. Friel, Jr. (SBN 80065)
Sarah J. Guske (SBN 232467)

Wayne O. Stacy *(pro hac vice)*
Orion Armon *(pro hac vice)*
Brian J. Eutermoser *(pro hac vice)*
Britton F. Davis *(pro hac vice)*
Sara J. Bradford *(pro hac vice)*
Angela L. Campbell *(pro hac vice)*
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8032
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
wstacy@cooley.com
sguske@cooley.com
beutermoser@cooley.com
bdavis@cooley.com
sbradford@cooley.com
acampbell@cooley.com

*Attorneys for Plaintiff Open Text S.A.*

110746383 v1