| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | THOMAS J. FRIEL, JR. (SBN 80065)<br>(tfriel@cooley.com) |
| 3 | 101 California Street, 5th Floor<br>San Francisco, CA  94111-5800 |
| 4 | Telephone:     (415) 693-2000<br>Facsimile:     (415) 693-2222 |
| 5 | SARAH J. GUSKE (SBN 232467) |
| 6 | (sguske@cooley.com)<br>WAYNE O. STACY (*pro hac vice*) |
| 7 | (wstacy@cooley.com)<br>380 Interlocken Crescent, Suite 900 |
| 8 | Broomfield, CO  80021-8023<br>Telephone:     (720) 566-4000 |
|   | Facsimile:     (720) 566-4099 |

Attorneys for Plaintiff Open Text S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OPEN TEXT S.A.,<br><br>             Plaintiff,<br><br>      v.<br><br>ALFRESCO SOFTWARE LTD.; et al.,<br><br>             Defendants. | Case No.  C 13-04843-JD<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS ALFRESCO SOFTWARE, LTD., ALFRESCO SOFTWARE, INC., AND CARAHSOFT TECHNOLOGY CORPORATION**<br><br>**DEMAND FOR JURY TRIAL** |

The Court has considered the Motion for Dismissal with Prejudice of Defendants Alfresco Software Ltd., Alfresco Software, Inc., and Carahsoft Technology Corporation in Case No. C 13-04843-JD, filed by Plaintiff Open Text S.A., and finds that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED that all claims, counterclaims, and defenses among Plaintiff Open Text S.A. and Defendants Alfresco Software Ltd., Alfresco Software, Inc., and Carahsoft Technology Corporation in Case No. C 13-04843-JD are hereby dismissed with

prejudice, each side to bear its own costs and expenses, including attorneys' fees, incurred in connection with this action.

It is further ORDERED that this dismissal has no impact on the claims or defenses in Case No. C 13-04910-JD, including Open Text S.A.'s allegations of infringement against Carahsoft Technology Corp. based on Box, Inc.'s products or services.

It is further ORDERED that Case No. C 13-04843-JD is hereby closed.

It is further ORDERED that all remaining parties will file papers in Case No. C 13-04910-JD, under the caption *Open Text S.A. v. Box, Inc., et al.*

It is further ORDERED that all joint schedules, deadlines, orders, dates, hearings, and filings in Case No. C 13-04843-JD currently in effect, as well as all schedules, deadlines, orders, dates, hearings, and filings in Case No. C 13-04843-JD relating to Case No. C 13-04910-JD, shall remain on calendar and in full force and effect as if filed in Case No. C 13-04910-JD.

**IT IS SO ORDERED.**

Dated: October 2, 2014



110694700 v2